IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>NOVVI, LLC,<br><br>             Debtor.[1] | )<br>) Chapter 11<br>)<br>) Case No. 23-90906 (CML)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF AMYRIS, INC., ET AL.**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, each of the undersigned counsel hereby appears on behalf of the debtors in the jointly administered cases of *In re Amyris, Inc. et al.*, pending in the United States Bankruptcy Court for the District of Delaware under lead case no. 23-11131 (TMH) (collectively, the "Amyris Debtors"), and requests copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served on the Amyris Debtors by and through their counsel as follows:

Jason H. Rosell, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: jrosell@pszjlaw.com

-and-

Benjamin L. Wallen, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: bwallen@pszjlaw.com

---

[1] The debtor and debtor in possession in this chapter 11 case, along with the last four digits of its Employer Identification Number, is as follows: Novvi, LLC (4744). The Debtor's service address is: 2525 Independence Parkway South, Deer Park, Texas 77536.

4868-3861-6213.2 03703.004

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b), (ii) all notices of hearings and entry of orders, (iii) every order signed in this case, and (iv) every pleading or report filed in this case, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Amyris Debtors to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 6, 2023   PACHULSKI STANG ZIEHL & JONES, LLP

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen (TX Bar No. 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: bwallen@pszjlaw.com

and

Jason H. Rosell (*pro hac vice* pending)
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: jrosell@pszjlaw.com

*Counsel to the Amyris Debtors*

**CERTIFICATE OF SERVICE**

I certify that on December 6, 2023, a true and correct copy of the foregoing Notice of Appearance was caused to be served by this court's CM/ECF to all parties that are registered to receive such notice in the above case.

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen