UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90906 |
|---|---|---|---|
| Debtor | In Re: | NOVVI, LLC | |

This lawyer, who is admitted to the State Bar of ___California___:

| | |
|---|---|
| Name | Jason H. Rosell |
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | One Sansome Street, Suite 3430 |
| City & Zip Code | San Francisco, CA 94104 |
| Telephone | (415) 263-7000 |
| Licensed: State & Number | CA/269126 |

Seeks to appear as the attorney for this party:

| Amyris, Inc. (Amyris Debtors) |
|---|
| Dated: 12/6/2023    Signed: /s/ Jason H. Rosell |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                         Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                     United States Bankruptcy Judge